# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

JASON C. ODOM, )
)
   Plaintiff, )
) Civil Action Number:
vs. )
) 1:21-cv-00612-ACA
GLEN RAY, )
)
   Defendant. )

## JURY VERDICT FORMS

### *JASON ODOM V. GLEN RAY – FALSE LIGHT INVASION OF PRIVACY*

Do you find from a preponderance of the evidence:

1.  That Mr. Odom has proven his claim against Mr. Ray for false light invasion of privacy?

      **Answer Yes or No**     _Yes_

If your answer is "No," this ends your deliberations on this claim and you should proceed to the next claim. If your answer is "Yes," go to the next question.

2.  That Mr. Odom should be awarded compensatory damages against Mr. Ray?

**Answer Yes or No**      Yes

If your answer is "Yes," in what amount? $ 125,000.00

3. That punitive damages should be assessed against Mr. Ray? Yes

If your answer is "Yes," in what amount? $ 20,000.00

SO SAY WE ALL.



Foreperson's Signature

## *JASON ODOM V. GLEN RAY – TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIP*

Do you find from a preponderance of the evidence:

1. That Mr. Odom has proven his claim against Mr. Ray for tortious interference with business relationship?

    **Answer Yes or No**       Y

If your answer is "No," this ends your deliberations on this claim and you should proceed to the next claim. If your answer is "Yes," go to the next question.

2

2. That Mr. Odom should be awarded compensatory damages against Mr. Ray?

**Answer Yes or No**  Yes

If your answer is "Yes," in what amount? $ 250,000.00

3. That punitive damages should be assessed against Mr. Ray?  Yes

If your answer is "Yes," in what amount? $ 500,000.00

SO SAY WE ALL.



Foreperson's Signature

*JASON ODOM V. GLEN RAY – 42 U.S.C. § 1985(3)*

Do you find from a preponderance of the evidence:

1. That Mr. Odom has proven his claim of conspiracy to deprive him of his right to be free from race discrimination as secured by the Equal Protection Clause of the United States Constitution against Mr. Ray?

**Answer Yes or No**   Yes

3

If your answer is "No," this ends your deliberations on this claim. If your answer is "Yes," go to the next question.

2. That Mr. Odom should be awarded compensatory damages against Mr. Ray?

**Answer Yes or No**   Yes

If your answer is "Yes," in what amount? $ 250,000.00

4. That punitive damages should be assessed against Mr. Ray?   Yes

If your answer is "Yes," in what amount? $ 500,000.00


SO SAY WE ALL.



Foreperson's Signature