IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JASON C. ODOM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-00612-ACA |
| GLEN RAY | ) |
| Defendant. | ) |

## FINAL JUDGMENT

This case came before the court for a jury trial from April 15–17, 2024. In accordance with the verdict returned on April 17, 2024, the court **ENTERS FINAL JUDGMENT** in favor of Plaintiff Jason C. Odom and against Defendant Glen Ray on Mr. Odom's claims of false light invasion of privacy; tortious interference with a business relationship; and conspiracy to deprive Mr. Odom of equal protection, in violation of 42 U.S.C. § 1985(3). The court awards final judgment in the amount of $1,645,000.

**DONE** and **ORDERED** this April 19, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE